UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAR 0 7 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

TERUYO NISHIBAYASHI,

    Plaintiff - Appellant,

V.

GORDON R. ENGLAND, Secretary,
Department of the Nav.

    Defendant - Appellee.

No. 05-15560
D.C. No. CV-04-00248-ACK

**ORDER**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 9 o'clock and __ min. __ M
SUE BEITIA, CLERK

    A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

    A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Craig Westbrooke
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 0 7 2006

by:
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-15560 Nishibayashi v. England

TERUYO NISHIBAYASHI           Leodis C. Matthews, Esq.
     Plaintiff - Appellant    FAX 323/930-5693
                              323/930-5690
                              Suite 300
                              [COR LD NTC ret]
                              MATTHEWS & PARTNERS
                              4322 Wilshire Boulevard
                              Los Angeles, CA 90010

     v.

GORDON R. ENGLAND, Secretary,  Harry Yee
Department of the Navy         FAX 808/541-3808
     Defendant - Appellee      808/541-2850
                               Suite 6-100
                               [COR LD NTC gov]
                               USH - OFFICE OF THE U.S.
                               ATTORNEY
                               PJKK Federal Building
                               300 Ala Moana Blvd.
                               P.O. Box 50183
                               Honolulu, HI 96850